JACOB BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL HOGUE, ESQ.
Nevada Bar No. 12400
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:   (702) 792-3773
Facsimile:     (702) 792-9002
E-mail:  bundickj@gtlaw.com
             hoguem@gtlaw.com

NETRA SREEPRAKASH, ESQ.
*Pro Hac Vice forthcoming*
**McDOWELL HETHERINGTON, LLP**
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone:   (713) 337-5580
Facsimile:     (713) 337-8850
E-mail:  netra.spreeprakash@mhllp.com

*Counsel for Defendant*
*Vivint Smart Home, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIN ROBERTSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIVINT SMART HOME, INC., a Delaware corporation.<br><br>Defendant. | CASE NO.:   2:24-cv-01572-JAD-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT VIVINT SMART HOME, INC., TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant Vivint Smart Home, Inc. ("Vivint"), by and through its undersigned counsel of record, and Plaintiff Erin Robertson ("Plaintiff"), by and through her undersigned counsel of record, hereby stipulate and agree to extend the time for Vivint to file an answer or other responsive pleading to Plaintiff's Complaint up to and including October 10, 2024.

Good cause supports this request for extension, as counsel for Vivint has recently been retained and requires additional time to investigate Plaintiff's claims and respond to the allegations in Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 19th day of September, 2024.        DATED this 19th day of September, 2024.

**GREENBERG TRAURIG, LLP**                              **CRAIG K. PERRY & ASSOCIATES**

*/s/ Michael R. Hogue, Esq.*                                          */s/Craig K. Perry*
JACOB D. BUNDICK, ESQ.                                    CRAIG K. PERRY, ESQ.
Nevada Bar No. 9772                                              Nevada Bar No. 3786
MICHAEL R HOGUE, ESQ.                                    6210 North Jones Boulevard
Nevada Bar No. 12400                                            Las Vegas, Nevada 89136
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

NETRA SPREEPRAKASH, ESQ.                          YEREMEY O. KRIVOSHEY, ESQ.
(*Pro Hac Vice pending*)                                          (*Appearing Pro Hac Vice*)
**McDOWELL HETHERINGTON, LLP**                **SMITH KRIVOSHEY, PC**
1001 Fannin Street, Suite 2400                                166 Geary Street, Suite 1500-1507
Houston, Texas 77002                                             San Francisco, California 94108

*Counsel for Defendant*                                           ALEKSANDR "SASHA" LITVINOV, ESQ.
*Vivint Smart Home, Inc.*                                        (*Appearing Pro Hac Vice*)
                                                                                **SMITH KRIVOSHEY, PC**
                                                                                867 Boylston Street, 5th Floor
                                                                                Boston, Massachusetts 02116

                                                                                *Counsel for Plaintiff Erin Robertson*

## ORDER

**IT IS SO ORDERED.**

DATED this  24th  day of September, 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| **From:** | Yeremey Krivoshey <yeremey@skclassactions.com> |
| **Sent:** | Thursday, September 19, 2024 5:44 PM |
| **To:** | Gilchrist, Thomas (Para-LV-LT) |
| **Cc:** | cperry@craigperry.com; Aleksandr Litvinov; Bundick, Jacob (Shld-LV-LT); Hogue, Michael (Shld-LV-LT); Flintz, Andrea (LSS-LV-LT) |
| **Subject:** | Re: Erin Robertson v. Vivint Smart Home, Inc. Nevada USDC Case No. 2:24-cv-01572 - Proposed Stipulation and Order |
| **Attachments:** | image001.png |

**\*EXTERNAL TO GT\***

Go ahead.

On Thu, Sep 19, 2024, 8:38 PM <Thomas.Gilchrist@gtlaw.com> wrote:

> Good afternoon:
>
> Attached please find our proposed Stipulation and Order for extension of time for Defendant Vivint Smart Home, Inc., to file responsive pleading to Plaintiff's Complaint.  Please advise if we have your approval to submit.
>
> **Thomas Gilchrist**
> Paralegal
>
> Greenberg Traurig, LLP
> 10845 Griffith Peak Drive | Suite 600 | Las Vegas, NV 89135
> T +1 702.938.6877
> Thomas.Gilchrist@gtlaw.com  |  www.gtlaw.com
>
> 
>
> ---
>
> If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.