1  L. Christopher Rose, Esq.
   Nevada Bar No. 7500
2  Jonathan W. Fountain, Esq.
   Nevada Bar No. 10351
3  HOWARD & HOWARD ATTORNEYS PLLC
   3800 Howard Hughes Pkwy., Suite 1000
4  Las Vegas, NV 89169
   Tel. (702) 257-1483
5  Email: lcr@h2law.com
   Email: jwf@h2law.com
6
7  *Attorneys for Defendant*
   *Vivint Smart Home, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERIN ROBERSTON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>VIVINT SMART HOME, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-01572-JAD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL** |

Pursuant to LR IA 11-6(c), Defendant Vivint Smart Home, Inc. ("Defendant"), on the one hand, Defendant's present Nevada resident counsel, Greenberg Traurig LLP, and its attorneys Jacob Bundick, Esq. and Michael Hogue, Esq., on the other hand (together, "GT"), and, in addition, Defendant's proposed new Nevada resident counsel, Howard & Howard Attorneys PLLC, and its attorneys L. Christoper Rose, Esq. and Jonathan W. Fountain, Esq. (together, "H&H"), hereby agree and stipulate to substitute H&H in place and stead of GT as Nevada resident counsel for Defendant.

The law firm of McDowell Hetherington LLP and its attorneys, Michael D. Matthews, Jr. and Netra Sreeprakash, Esq., (admission pro hac vice pending) shall remain as lead counsel for Defendant.

**IT IS SO AGREED AND STIPULATED:**

By: /s/ Jonathan W. Fountain   By: /s/ Jacob Bundick
L. Christopher Rose, Esq.       Jacob D. Bundick, Esq.
Nevada Bar No. 7500             Nevada Bar No. 9772

1

4878-5954-2508, v. 1

| | |
|---|---|
| Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>HOWARD & HOWARD ATTORNEYS, PLLC<br>3800 Howard Hughes Pkwy, Suite 1000<br>Las Vegas, NV 89169<br>Tel. (702) 257-1483<br>Email : lcr@h2law.com<br>Email: jwf@h2law.com | Michael R. Hogue, Esq.<br>Nevada Bar No. 12400<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135<br>Tel. (702) 792-3773<br>Email: bundick@gtlaw.com<br>Email: hoguem@gtlaw.com |
| Michael D. Matthews, Jr.<br>Netra Sreeprakash, Esq.<br>Admission pro hac vice pending<br>McDOWELL HETHERINGTON LLP<br>1001 Fannin Street, Suite 2400<br>Houston, TX 77002<br>Tel. (713) 221-9841<br>Email: netra.sreeprakash@mhllp.com | *Attorneys for Defendant*<br>*Vivint Smart Home, Inc.* |

*Attorneys for Defendant*
*Vivint Smart Home, Inc.*

**IT IS SO CONSENTED TO:**

VIVINT SMART HOME, INC.


By: ___/s/ Kelli Gunter_____
        Kelli Gunter
Managing Senior Counsel, Litigation

Dated: this 9th day of October 2024


**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __10/11/2024_____

4878-5954-2508, v. 1