**CRAIG K. PERRY & ASSOCIATES**
Craig K. Perry (Nevada Bar No. 3786)
6210 N. Jones Boulevard, #753907
Las Vegas, Nevada 89136
Email: attorneycperry@gmail.com
Telephone: (702) 893-4777

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (*pro hac vice*)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
E-Mail: yeremey@skclassactions.com
Phone: 415-839-7000

**SMITH KRIVOSHEY, PC**
Aleksandr "Sasha" Litvinov (*pro hac vice*)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
E-Mail: sasha@skclassactions.com
Phone: 617-377-7404

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERIN ROBERTSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>VIVINT SMART HOME, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-01572-JAD-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HER FIRST AMENDED COMPLAINT IN RESPONSE TO DEFENDANT'S MOTIONS TO STRIKE AND DISMISS, AND TO SET BRIEFING SCHEDULE**<br><br>**[FIRST REQUEST]** |

     IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, Erin Robertson, on behalf of herself and others similarly situated, and Defendant, Vivint Smart Home, Inc., and pending the Court's approval, that Plaintiff shall have an additional twenty-one (21) days

to file her First Amended Complaint in response to Defendant's Motion to Dismiss (ECF No. 17) and Motion to Strike (ECF No. 18) filed in this matter. Plaintiff's current response deadline is October 24, 2024. With the requested twenty-one day extension, Plaintiff's deadline to file her First Amended Complaint is extended to November 14, 2024.

Good cause exists for the extension and briefing schedule set forth herein. The parties and their counsel have been and are continuing to informally exchange information. Recently, the parties discovered new facts that impact the basis of the claims and defenses in this case and are analyzing the issues presented by this new information. The parties request an additional twenty-one (21) days to assess these new facts and discuss their respective positions. This request is made in good faith and is not intended for purposes of delay.

It is further stipulated and agreed that Defendant shall have thirty (30) days to respond to Plaintiff's First Amended Complaint, or by and through December 16, 2024. If Defendant files a motion to dismiss and/or motion to strike in lieu of an Answer, Plaintiff shall have thirty (30) days to oppose such motion(s), or by and through January 15, 2025. Defendant shall have twenty-one (21) days to file its reply, or by and through February 5, 2025.

Respectfully submitted this 23rd day of October, 2024.

| | |
|---|---|
| */s/ Jonathan W. Fountain (w/ permission)*<br>L. Christopher Rose, Esq.<br>Nevada Bar No. 7500<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>HOWARD & HOWARD ATTORNEYS, PLLC<br>3800 Howard Hughes Pkwy, Suite 1000<br>Las Vegas, NV 89169<br>Tel. (702) 257-1483<br>Email : lcr@h2law.com<br>Email: jwf@h2law.com<br><br>Michael D. Matthews, Jr.<br>Netra Sreeprakash, Esq.<br>Admission pro hac vice pending<br>McDOWELL HETHERINGTON LLP<br>1001 Fannin Street, Suite 2400<br>Houston, TX 77002<br>Tel. (713) 221-9841<br>Email: netra.sreeprakash@mhllp.com<br><br>*Attorneys for Defendant,*<br>*Vivint Smart Home, Inc.* | */s/ Aleksandr "Sasha" Litvinov*<br>Aleksandr "Sasha" Litvinov (SBN 95598)<br>(Appearing Pro Hac Vice)<br>SMITH KRIVOSHEY, PC<br>867 Boylston Street 5th Floor #1520<br>Boston, MA 02116<br>Telephone: 617-377-7404<br>Facsimile: (888) 410-0415<br>E-Mail: sasha@skclassactions.com<br><br>Yeremey O. Krivoshey (SBN 295032)<br>(Appearing Pro Hac Vice)<br>SMITH KRIVOSHEY, PC<br>166 Geary Str STE 1500-1507<br>San Francisco, CA 94108<br>Telephone: 415-839-7077<br>Facsimile: (888) 410-0415<br>E-Mail: yeremey@skclassactions.com<br><br>Craig K. Perry<br>Nevada Bar No. 3786<br>CRAIG K. PERRY & ASSOCIATES<br>6210 N. Jones Boulevard, #753907<br>Las Vegas, Nevada 89136<br>Telephone: (702) 893-4777<br>Email: attorneycperry@gmail.com<br><br>*Attorneys for Plaintiff,*<br>*and the Proposed Classes* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:   10/28/2024

3