**CRAIG K. PERRY & ASSOCIATES**
Craig K. Perry (Nevada Bar No. 3786)
6210 N. Jones Boulevard, #753907
Las Vegas, Nevada 89136
Email: attorneycperry@gmail.com
Telephone: (702) 893-4777

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (*pro hac vice*)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
E-Mail: yeremey@skclassactions.com
Phone: 415-839-7000

**SMITH KRIVOSHEY, PC**
Aleksandr "Sasha" Litvinov (*pro hac vice*)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
E-Mail: sasha@skclassactions.com
Phone: 617-377-7404

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERIN ROBERTSON, individually and on behalf of all others similarly situated,<br><br>                                                              Plaintiff,<br>v.<br><br>VIVINT SMART HOME, INC., a Delaware corporation,<br><br>                                                              Defendant. | Case No. 2:24-cv-01572-JAD-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HER FIRST AMENDED COMPLAINT IN RESPONSE TO DEFENDANT'S MOTIONS TO STRIKE AND DISMISS**<br><br>**[SECOND REQUEST]** |

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, Erin Robertson, on behalf of herself and others similarly situated, and Defendant, Vivint Smart Home, Inc., and pending the Court's approval, that Plaintiff shall have an additional forty-five (45) days

1

to file her First Amended Complaint in response to Defendant's Motion to Dismiss (ECF No. 17) and Motion to Strike (ECF No. 18) filed in this matter. Plaintiff's current response deadline is November 14, 2024. With the requested forty-five day extension, Plaintiff's deadline to file her First Amended Complaint is extended to December 30, 2024.

It is further stipulated and agreed that the briefing schedule outlined in the parties' October 28, 2024 Stipulation and Order (ECF No. 29) and all other currently pending deadlines in the case (*i.e.*, the Fed. R. Civ. P. 26(f) conference deadline and the discovery plan/scheduling order deadline) are likewise continued by forty-five (45) days.

Good cause exists for the extension and continuance set forth herein. The parties have reached a settlement in principle and anticipate filing dismissal documents within thirty (30) days. This request is made in good faith and is not intended for purposes of delay.

Respectfully submitted this 12th day of November 2024.

| | |
|---|---|
| */s/ Netra Sreeprakash (w/ permission)*<br>Netra Sreeprakash, Esq.<br>(Appearing pro hac vice)<br>Michael D. Matthews, Jr.<br>McDOWELL HETHERINGTON LLP<br>1001 Fannin Street, Suite 2400<br>Houston, TX 77002<br>Tel. (713) 221-9841<br>Email: netra.sreeprakash@mhllp.com<br><br>L. Christopher Rose, Esq.<br>Nevada Bar No. 7500<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>HOWARD & HOWARD ATTORNEYS, PLLC<br>3800 Howard Hughes Pkwy, Suite 1000<br>Las Vegas, NV 89169<br>Tel. (702) 257-1483<br>Email : lcr@h2law.com<br>Email: jwf@h2law.com<br><br>*Attorneys for Defendant,*<br>*Vivint Smart Home, Inc.* | */s/ Aleksandr Litvinov*<br>Aleksandr "Sasha" Litvinov (SBN 95598)<br>(Appearing Pro Hac Vice)<br>SMITH KRIVOSHEY, PC<br>867 Boylston Street 5th Floor #1520<br>Boston, MA 02116<br>Telephone: 617-377-7404<br>Facsimile: (888) 410-0415<br>E-Mail: sasha@skclassactions.com<br><br>Yeremey O. Krivoshey (SBN 295032)<br>(Appearing Pro Hac Vice)<br>SMITH KRIVOSHEY, PC<br>166 Geary Str STE 1500-1507<br>San Francisco, CA 94108<br>Telephone: 415-839-7077<br>Facsimile: (888) 410-0415<br>E-Mail: yeremey@skclassactions.com<br><br>Craig K. Perry<br>Nevada Bar No. 3786<br>CRAIG K. PERRY & ASSOCIATES<br>6210 N. Jones Boulevard, #753907<br>Las Vegas, Nevada 89136<br>Telephone: (702) 893-4777<br>Email: attorneycperry@gmail.com<br><br>*Attorneys for Plaintiff,*<br>*and the Proposed Classes* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 11/13/2024